IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ARLENE E. DAY,

        Plaintiffs,        Civ. No. 10-3137-CL

**TEMPORARY RESTRAINING ORDER**

   v.

COUNTRYWIDE HOME LOANS, INC.,
agent for COUNTRYWIDE BANK N.A.,
BANK OF AMERICA, MERS, AMERICAN
TITLE INSURANCE COMPANY,
RECONTRUST COMPANY, N.A. BAC
HOME LOAN SERVICING, LP,

        Defendants.
_____

**PANNER, J.**

   *Pro se* plaintiff Arlene E. Day seeks an *ex parte* temporary restraining order to enjoin the foreclosure sale of her house. Plaintiff alleges the house is scheduled for a foreclosure sale and defendants have not complied with the legal requirements for a valid foreclosure. Additionally, plaintiff alleges other claims

  - ORDER

such as fraud and predatory lending.

Because of the alleged imminent foreclosure sale, I grant plaintiff's request for a temporary restraining order. Defendants are enjoined from carrying out the foreclosure sale of plaintiffs' property at 707 Pittview Avenue, Central Point, Oregon, 97502-2946 from this day until Monday, December 20, 2010, at 5:00 p.m. On Monday, December 20, 2010, at 1:00 p.m., this court will hold a hearing on whether to issue a preliminary injunction.

IT IS SO ORDERED.

DATED this ___ day of December, 2010.     11:00 A.M.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

- ORDER